# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-cr-00351-MTS (JSD) |
| ) | |
| GARNELL AUGUST CARTER, ) | |
| ) | |
| Defendant. ) | |

## OPINION, MEMORANDUM, AND ORDER

This matter is before the Court on Defendant Garnell August Carter's Motion to Dismiss Indictment on Second Amendment Grounds, Doc. [103]. Pursuant to 28 U.S.C. § 636(b), the Motion was referred to United States Magistrate Judge Joseph S. Dueker, who recommended that the Motion be denied. No objections were filed. As no objections were filed, I will adopt and sustain the Report and Recommendation filed by Judge Dueker. I have independently reviewed his recommendation and agree there is no basis under the facts and the law to dismiss the indictment against Defendant.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Joseph S. Dueker, Doc. [106], is **SUSTAINED, ADOPTED**, and **INCORPORATED** herein, and Defendant Garnell August Carter's Motion to Dismiss Indictment on Second Amendment Grounds, Doc. [103], is **DENIED**.

Dated this 30th day of May, 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE